United States District Court
Southern District of Texas
**ENTERED**
December 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:22-CR-215 |
| | § | |
| BALDEMAR CARDENAS | § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for December 10, 2024) is hereby reset for sentencing on January 28, 2025, at 9:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas, granting Dkt. No. 39.

SO ORDERED December 9, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge

1 / 1